NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000664**
**03-APR-2017**
**09:19 AM**

NO. CAAP-16-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

KENNETH M. SKAHAN, Claimant-Appellant,
v.
STUTTS CONSTRUCTION COMPANY, LTD., Employer-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO.: AB 2014-041(WH); DCD NO.: 9-13-45106(M))

ORDER GRANTING THE MARCH 17, 2017 MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of pro se Claimant-Appellant

Kenneth M. Skahan's (Appellant) March 17, 2017 "Motion for

Reconsideration of the Order Dismissing the Appeal Dated

March 14, 2017," the papers in support, and the record, it

appears that (1) on March 14, 2017, the court dismissed the

appeal for failure to pay the appellate filing and docketing

fees, which were due on or before January 23, 2017; (2) Appellant

seeks reconsideration of the dismissal order because on March 8,

2017, he mailed payment to the Labor and Industrial Relations

Appeals Board clerk; (3) the appellate clerk processed the filing and docketing fees payment on March 21, 2017; and (4) although Appellant paid the appellate filing and docketing fees late, there is good cause to grant the instant motion.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is granted, and the appeal is reinstated.

IT IS FURTHER ORDERED that the clerk of the Labor and Industrial Relations Appeals Board shall file the record on appeal within thirty days from the date of this order.

DATED: Honolulu, Hawaiʻi, April 3, 2017.

Presiding Judge

Associate Judge

Associate Judge